**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

NATALIE LYNN AGUILAR,

     Plaintiff,

v.                                                                                    Civ. No. 17-119 GJF

NANCY A. BERRYHILL,
*Acting Commissioner of the*
*Social Security Administration*,

     Defendant.

## FINAL JUDGMENT

       Pursuant to the Order entered concurrently herewith, the Court enters this Final

Order under Federal Rule of Civil Procedure 58, entering judgment for Plaintiff.

**IT IS SO ORDERED.**


_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
***Presiding by Consent***